# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Harriet E. Barron, | Case No. 12-07449 |
| Debtor. | Honorable Deborah L. Thorne |

## NOTICE OF MOTION

TO:    See attached Service List

    On January 25, 2016, at 9:00 a.m., I shall appear before Bankruptcy Judge Deborah L. Thorne, 219 South Dearborn Street, Courtroom 613, Chicago, Illinois 60604, or in her absence, before such other Bankruptcy Judge as may be presiding in her place and stead, and shall then and there present the attached Motion to Extend Time to Respond to Notice of Final Cure Payment filed by RBS Citizens, N.A., c/o JPMorgan Chase Bank, National Association, at which time and place you may appear if you so see fit.

                                      HEAVNER, BEYERS & MIHLAR, LLC
                                      Attorneys at Law
                                      Heather M. Giannino (ARDC #6299848)
                                      111 East Main Street
                                      Post Office Box 740
                                      Decatur, Illinois 62525-0740
                                      (217) 422-1719

STATE OF ILLINOIS
COUNTY OF MACON

    I, Heather M. Giannino, an attorney, being first duly sworn upon oath, depose and state that I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, as to the Trustee and Debtor's attorneys via electronic notice on January 11, 2016, and as to the Debtor by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 11th day of January, 2016.

                                                                   __/s/ Heather M. Giannino__
                                                                      Heather M. Giannino

-2-

## Service List

**Service By Mail:**

Harriet E. Barron
1442 Sunset Ave.
Chicago Heights, IL 60411

**Service By Electronic Notification Through ECF:**

Kerrie S. Neal
Zalutsky & Pinski, Ltd.
111 West Washington, Suite 1550
Chicago, IL 60602

Alexander Tynkov
Zalutsky & Pinski, Ltd.
111 West Washington, Suite 1550
Chicago, IL 60602

Marilyn O. Marshall
224 South Michigan, Ste. 800
Chicago, IL 60604

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Harriet E. Barron, | Case No. 12-07449 |
| Debtor. | Honorable Deborah L. Thorne |

### MOTION TO EXTEND TIME TO RESPOND TO NOTICE OF FINAL CURE PAYMENT

NOW COMES, RBS Citizens, N.A., c/o JPMorgan Chase Bank, National Association, (hereinafter "JPMorgan"), by and through its attorneys, Heavner, Beyers & Mihlar, LLC, states as follows:

1. On February 28, 2012, the Debtor filed Chapter 13 bankruptcy.
2. On December 21, 2015, the Trustee filed a Notice of Payment of Final Cure Payment, (hereinafter "Notice").
3. The deadline to respond to the Notice is January 11, 2016.
4. JPMorgan requests an additional twenty-one (21) days to file its response to the Notice.

WHEREFORE, RBS Citizens, N.A., c/o JPMorgan Chase Bank, National Association, respectfully requests and prays that the Court enter an Order granting RBS Citizens, N.A., c/o JPMorgan Chase Bank, National Association, through and including February 1, 2016, to respond to the Trustee's Notice of Final Cure Payment and prays for such additional relief as the Court deems appropriate.

RBS Citizens, N.A., c/o JPMorgan Chase Bank, National Association,

By:  /s/ Heather M. Giannino
         One of its attorneys

HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Heather M. Giannino (ARDC #6299848)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719